# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

---

### No. ACM S32710

---

### UNITED STATES
*Appellee*

v.

### Saul ANTONIO
Airman First Class (E-3), U.S. Air Force, *Appellant*

---

Appeal from the United States Air Force Trial Judiciary

Decided 11 April 2022

---

*Military Judge:* Brian C. Mason

*Sentence:* Sentence adjudged on 14 July 2021 by SpCM convened at Scott Air Force Base, Illinois. Sentence entered by military judge on 23 August 2021: Bad-conduct discharge, hard labor without confinement for 45 days, restriction to the limits of Scott Air Force Base, Illinois for 20 days, and a reprimand.

*For Appellant:* None.[*]

*For Appellee:* Major Abbigayle C. Hunter, USAF; Mary Ellen Payne, Esquire.

Before KEY, ANNEXSTAD, and MEGINLEY, *Appellate Military Judges*.

---

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

---

[*] On 14 July 2021 and again on 6 August 2021, Appellant declined, in writing, appellate defense counsel representation. *See United States v. Xu*, 70 M.J. 140 (C.A.A.F. 2011) (mem.); *see also* Department of the Air Force Instruction 51-201, *Administration of Military Justice*, ¶ 14.5.1, 2 (18 Jan. 2019).

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d), *Manual for Courts-Martial, United States* (2019 ed.). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

Carol K. Joyce

CAROL K. JOYCE
Clerk of the Court